UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nedina Sexe,

Plaintiff,

vs.

Regis Corporation,

Defendant.

**Court File No. 01-CV-1187 RHK/JMM**

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that the time for Defendant Regis Corporation to answer or otherwise respond to Plaintiff's Complaint is and shall be extended to and including August 10, 2001.

FLYNN & GASKINS, L.L.P.

Karen Reierson

Barbara Jean D'Aquila, #2112X
Karen A. Reierson, # 231083
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500
fax (612) 333-9579

ATTORNEYS FOR DEFENDANT

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MESSERLI & KRAMER, P.A.

James V. Roth, #93774
Cheryl A. Stanton, #027950X
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4218

ATTORNEYS FOR PLAINTIFF

## ORDER

It is hereby ordered, in accordance with the above-reached stipulation, that the time for Defendant Regis Corporation to answer or otherwise respond to Plaintiff's Complaint is and shall be extended to and including August 10, 2001.

July 19, 2001

BY THE COURT:

United States Magistrate Judge John M. Mason

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500