UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-CV-1187 RHK/JMM

Nedina Sexe,

Plaintiff,

vs.

Regis Corporation,

Defendant.

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

## STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that the time for Defendant Regis Corporation to answer or otherwise respond to Plaintiff's Complaint is and shall be extended to and including August 17, 2001. The second stipulation is occasioned by personal health circumstances of a defense counsel's family member. The parties, through their undersigned counsel, further agree that this Stipulation in no manner constitutes a waiver by Defendant of any matter, any defense, any affirmative defense, and/or any arguments under law or equity, including but expressly not limited to those defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

Dated: August 9, 2001

FLYNN & GASKINS, L.L.P.

Barbara Jean D'Aquila

Barbara Jean D'Aquila, #2112X
Karen A. Reierson, # 231083
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500
Fax (612) 333-9579

ATTORNEYS FOR DEFENDANT

FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**MESSERLI & KRAMER, P.A.**

Dated: Aug. 9, 2001

James V. Roth, #93774
Cheryl A. Stanton, #027950X
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4218

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

It is hereby ordered, in accordance with the above-reached stipulation, that the time for Defendant Regis Corporation to answer or otherwise respond to Plaintiff's Complaint is and shall be extended to and including August 17, 2001.

BY THE COURT:

Dated: 8/6/01

United States Magistrate Judge John M. Mason