EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nedina Sexe,

Plaintiff,

vs.

Regis Corporation,

Defendant.

01-CV-1187 RHK/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY AND ORDER**

---

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Nedina Sexe, through her counsel, and by Defendant Regis Corporation, through its counsel, that the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: Aug 19, 2002

Barbara Jean D'Aquila

Barbara Jean D'Aquila, #2112X
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
612/333-9500
**Attorneys for Defendant**



FILED AUG 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MESSERLI & KRAMER, P.A.**

Dated: Aug. 15, 2002

James V. Roth, #2112X
150 South Fifth Street, Suite 1800
Minneapolis, MN 55402
612/672-3600
**Attorneys for Plaintiff**

ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.

DATED: 8/20/, 2002.

BY THE COURT: